AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 3 2007

at 10 o'clock and 50 min. A M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

JANETH CERIZO (02)

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 04-00222SOM

YOU ARE HEREBY COMMANDED TO ARREST JANETH CERIZO and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

COUNTS 1-12 - WIRE FRAUD AIDING AND ABETTING

in violation of Title 18 United States Code, Section(s) 1343 and 2.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| --- | --- |
| Name and Title of Issuing Officer | Title of Issuing Officer |

| *[signature]* Saila M. Geronimo | JUNE 3, 2004 at Honolulu, Hawaii |
| --- | --- |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL          By: Leslie E. Kobayashi, United States Magistrate Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
|  | Special Agent Rachel A. Byrd | *[signature]* Rachel A. Byrd |
| Date of Arrest  JUN 1 2 2004 | | |