ORIGINAL

AO 442 (Rev. 5/93) Warrant for Arrest

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court

FEB 23 2007

DISTRICT OF **HAWAII**

at 10 o'clock and 50 min A M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

JOHN LEO CERIZO
JANETH CERIZO

**WARRANT FOR ARREST**

CR 04-222 SOM-02

CASE NUMBER:  04-0412 BMK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        JANETH CERIZO
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

U.S. MARSHALS SERVICE HONOLULU
2004 MAY 27 PM 4:08
RECEIVED

charging him or her with (brief description of offense)
Conspiracy to commit an offense against the United States, and Wire Fraud

in violation of
Title    18    United States Code, Section(s)  371 and 1343

| BARRY M. KURREN | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 05-26-2004    Honolulu, Hawaii |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ To Be Determined         by         *[signature]*    BARRY M. KURREN
At Initial Appearance                                                 Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST JUN 1 2 2004 | Special Agent Rachel A Byrd | *[signature]* Rachel A Byrd |

This form was electronically produced by Elite Federal Forms, Inc.